1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCELLINO CALDERON SILVA,

11          Petitioner,                    No.  2:12-cv-2890 GGH P

12       vs.

13   K. HOLLEN,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  In his application, petitioner challenges his incarceration at the California Correctional

19   Institution in Kern County.  Kern County is part of the Fresno Division of the United States

20   District Court for the Eastern District of California.  See Local Rule 120(d).

21          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   /////

26   /////

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7        United States District Court
          Eastern District of California

8        2500 Tulare Street
          Fresno, CA 93721

9

10  DATED: January 15, 2013

11

                    /s/ Gregory G. Hollows

12        UNITED STATES MAGISTRATE JUDGE

13

    GGH9:mp

14   silv2890.109

15

16

17

18

19

20

21

22

23

24

25

26

2